

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2025

No. 04-25-00280-CV

**IN RE** David **PENA**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
               Adrian A. Spears II, Justice
               Velia J. Meza, Justice

On May 19, 2025, relator filed a motion to dismiss original proceeding and withdraw motion for temporary relief citing a mediated settlement agreement executed with real party in interest. We grant the motion to dismiss and dismiss the petition for writ of mandamus, dismiss the motion for temporary relief, and vacate our order requesting additional briefing. The petition for writ of mandamus is DISMISSED

It is so **ORDERED** on May 28, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2023-CI-02573, styled *In the Matter of the Marriage of David Pena and Keli Pena and In the Interest of M.P. and A.P., Minor Children*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.